**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DEREK S. SACHS, SB# 253990
  E-Mail: Derek.Sachs@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, CA 95833
Telephone:   916.564.5400
Facsimile:   916.564.5444

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
VICTORIA LIN, SB# 283699
  E-Mail: Victoria.Lin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone:   213.250.1800
Facsimile:   213.250.7900

Attorneys for Defendant Chico Produce, Inc. dba ProPacific Fresh (erroneously sued as ProPacific Fresh, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CUNHA, an individual, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>INTELLICHECK, LLC, a California Limited Liability Company; PROPACIFIC FRESH, INC., a California Corporation; and Does 1 through 100,<br><br>            Defendants. | CASE NO. 3:17-cv-597<br><br>**DEFENDANT CHICO PRODUCE, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**<br><br>**[FEDERAL QUESTION JURISDICTION]**<br><br>Action Filed:      December 21, 2016<br>Summons Served:   January 6, 2017<br>Trial Date:        None set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Chico Produce, Inc. dba ProPacific Fresh (erroneously sued as ProPacific Fresh, Inc.) (hereinafter referred to as "Defendant" or "Chico Produce") by and through its counsel, hereby removes the state court action described herein from the Superior Court of the State of California in and for the County of Humboldt to the United States District Court for the Northern District of California on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(b), and 28

4815-9125-3825.1

U.S.C. § 1367(a) as follows:

## COMPLAINT AND TIMELINESS OF REMOVAL

1. On December 21, 2016, Plaintiff James Cunha (hereinafter referred to as "Plaintiff"), by and through his attorneys, filed a civil putative class action in the Superior Court of the State of California for the County of Humboldt, entitled *James Cunha v. Intellicheck, LLC, et al.*, Case No. DR160670 ("State Court Action"). A true and correct copy of the Summons and Complaint, and all documents served therewith, are attached as **Exhibit 1**. *See* Declaration of Victoria Lin ("Lin Decl."), ¶2.

2. Attached as **Exhibit 2** are true and correct copies of the proofs of service of the Summons and Complaint filed by Plaintiff in this action. *See* Lin Decl., ¶3.

3. To Defendant Chico Produce's knowledge, no other pleadings, process or orders related to the Plaintiff's State Court Action have been filed with the Superior Court of the State of California, County of Humboldt.

4. Plaintiff served Defendant Chico Produce with a copy of the Summons and Complaint in the instant class action on or around January 6, 2017.

5. Defense counsel for Chico Produce met and conferred with Defendant IntelliCheck, LLC on January 31, 2017, regarding the filing of this Notice of Removal. On February 3, 2016, Defendant IntelliCheck, LLC conveyed its consent to Chico Produce's removal of this action to the United States District Court for the Northern District of California. *See* Lin Decl., ¶¶4-5.

6. Defendant Chico Produce now timely files this Notice of Removal with the consent of all defendants.

## FEDERAL QUESTION JURISDICTION

7. The basis for removal is that this Court has original jurisdiction of this action under 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendant Chico Produce pursuant to 28 U.S.C. § 1441(a), in that Plaintiff's Class Action Complaint contains a cause of action "arising under the Constitution, laws, or treaties of the United States."

/ / /

/ / /

8. Plaintiff alleges two causes of action under the Fair Credit Reporting Act ("FCRA"), codified in 15 U.S.C. § 1681 *et seq*.

9. Plaintiff alleges that Defendants violated the FCRA by failing to provide him and putative class members with the proper disclosures under the FCRA before procuring consumer reports and/or investigative consumer reports on them in connection with their employment. Plaintiff further alleges that Defendants violated the FCRA by failing to provide him with the required notices under the FCRA prior to taking an adverse employment action against him.

## JURISDICTION OVER STATE LAW CLAIMS

10. Plaintiff's other causes of action and bases for relief asserted in this action (Third Cause of Action – Violation of the California Investigative Consumer Reporting Agencies Act (Cal. Civ. Code section 1786 et seq.); Fourth Cause of Action – Violation of the California Consumer Credit Reporting Agencies Act (Cal. Civ. Code section 1786.18); and Fifth Cause of Action – Violation of California Business and Professions Code section 17200 et seq.) arise out of the same set of facts and are part of the same case and controversy involving the procurement of consumer reports and/or investigative consumer reports on Plaintiff and putative class members in connection with their employment. As such, this Court has supplemental jurisdiction of these causes of action within the meaning of 28 U.S.C. § 1367(a).

## CONSENT OF ALL DEFENDANTS IN NOTICE OF REMOVAL

11. When more than one defendant has been named and served in the action, a timely notice of removal filed by one defendant containing an averment of the other, nonmoving defendant's consent is sufficient to satisfy the unanimity rule's consent requirement under 28 U.S.C. § 1446(b)(2). *Proctor v. Vishay Intertechnology Inc.*, 584 F.3d 1208, 1224-25 (9th Cir. 2009).

12. Defendants Chico Produce and IntelliCheck, LLC are the only named defendants in the action. Defense counsel for Chico Produce met and conferred with Defendant IntelliCheck, LLC on January 31, 2017, regarding Chico Produce's intended filing of a Notice of Removal. During the conference, Defendant IntelliCheck, LLC consented to removal of the class action to the United States District Court for the Northern District of California. *See* Lin Decl. ¶¶ 4-5.

**SERVICE OF NOTICE ON PLAINTIFF AND STATE COURT**

13. Defendant Chico Produce will promptly serve a copy of this Notice on all parties and will promptly file a copy with the clerk of the state court where the case is filed. Upon service of this Notice on all parties, Defendant Chico Produce will file a Notice of Proof of Service with this Court.

**WHEREFORE**, Defendant Chico Produce files this Notice of Removal of this action from the aforesaid Superior Court, in which it is now pending, to the United States District Court for the Northern District of California, a copy of which will be served upon all parties.

DATED: February 6, 2017          Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH** LLP


By:      /s/ Victoria Lin
         Derek S. Sachs
         Victoria Lin
         Attorneys for Defendant Chico Produce, Inc.



4815-9125-3825.1

4

DEFENDANT CHICO PRODUCE, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT