1  SEYFARTH SHAW LLP
   Selyn Hong (SBN 303398)
2  E-mail: shong@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  SEYFARTH SHAW LLP
   Pamela Q. Devata (Admitted *pro hac vice*)
6  E-mail: pdevata@seyfarth.com
   John W. Drury (Admitted *pro hac vice*)
7  E-mail: jdrury@seyfarth.com
   233 S. Wacker Drive, Suite 8000
8  Chicago, Illinois 60606-6448
   Telephone: (312) 460-5000
9  Facsimile: (312) 460-7000

10 Attorneys for Defendant
   INTELLICHECK, LLC
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT CALIFORNIA

14 JAMES CUNHA, an individual, on behalf of        Case No. 1:17-cv-00597-JST
   himself and all others similarly situated,
15                                                 **STIPULATION TO EXTEND TIME FOR**
                                                   **DEFENDANT INTELLICHECK, LLC TO**
16              Plaintiff,                          **RESPOND TO THE FIRST AMENDED**
                                                   **COMPLAINT**
17        v.
                                                   *[Filed concurrently with (1) Declaration of*
18 INTELLICHECK, LLC, a California Limited          *Selyn Hong; and (2) [Proposed] Order]*
   Liability Company; PROPACIFIC FRESH, INC.,
19 a California Corporation, and DOES 1-100,        Judge: Hon. Jon S. Tigar

20              Defendants.                         Complaint Filed: December 20, 2016
                                                   First Amended Complaint Filed: March 3, 2017
21                                                 Trial Date: None Set

22

23

24

25

26

27

28

   STIPULATION TO EXTEND TIME FOR DEFENDANT INTELLICHECK, LLC TO RESPOND TO FAC /
                          CASE NO. 1:17-CV-00597-JST

Pursuant to the Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff James Cunha and Defendant IntelliCheck, LLC ("IntelliCheck"), by and through their counsel, hereby stipulate as follows:

1.   The current deadline for IntelliCheck to respond to Plaintiff's First Amended Complaint is March 31, 2017.

2.   IntelliCheck intended to file a Rule 12(b)(6) motion to dismiss, and Plaintiff and IntelliCheck agree that continuing to explore the potential for early resolution would be in their respective best interests.  Plaintiff and IntelliCheck wish to continue efforts at informal resolution and to avoid the time and costs associated with the filing and opposing of a motion to dismiss.

3.   Plaintiff and IntelliCheck remain actively engaged in settlement discussions and anticipate having a resolution in the next 14 days or, if necessary, to proceed with a motion to dismiss.

4.   To allow Plaintiff and IntelliCheck additional time to resolve the matter, Plaintiff and IntelliCheck further agree to extend the time for IntelliCheck to respond to Plaintiff's First Amended Complaint by two weeks, from March 31, 2017 to April 14, 2017.

5.   This is Plaintiff and IntelliCheck's second request for an extension of time for IntelliCheck to file a response to the First Amended Complaint.

6.   This stipulated request will not affect any other date or deadline in this case.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date:  March 29, 2017

KEEGAN & BAKER LLP

*/s/ Patrick N. Keegan*
Patrick N. Keegan
James M. Treglio
Attorney for Plaintiff
JAMES CUNHA

Date:  March 29, 2017

SEYFARTH SHAW LLP

*/s/ Selyn Hong*
Pamela Q. Devata
John W. Drury
Selyn Hong
Attorney for Defendant
INTELLICHECK, LLC

2

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Selyn Hong, attest that concurrence in the filing of this Stipulation has been obtained from the signatory, Patrick N. Keegan, counsel for Plaintiff.

Executed this 29th day of March, 2017 in San Francisco, California.

By:   <u>/s/ Selyn Hong</u>
Selyn Hong

STIPULATION TO EXTEND TIME FOR DEFENDANT INTELLICHECK, LLC TO RESPOND TO FAC /
CASE NO. 1:17-CV-00597-JST

1

## ~~[PROPOSED]~~ ORDER

2       **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline for Defendant

3   IntelliCheck, LLC to respond to Plaintiff James Cunha's First Amended Complaint is extended from

4   March 31, 2017 to April 14, 2017.

5

6

DATED:    March 30, 2017

7                                                             Hon. Jon S. Tigar
                                                   United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANT INTELLICHECK, LLC TO RESPOND TO FAC /
CASE NO. 1:17-CV-00597-JST

38357745v.1