Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
James M. Treglio, Esq. (SBN 228077)
jtreglio@keeganbaker.com
**KEEGAN & BAKER, LLP**
6156 Innovation Way
Carlsbad, CA 92009
Tel: (760) 929-9303
Fax: (760) 929-9260

Walter Haines, Esq. (SBN 71075)
walter@whaines.com
**THE UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Ste 201
Huntington Beach, CA 92649
Tel: (310) 234-5678
Fax: (562) 256-1006

Attorneys for Plaintiff
JAMES CUNHA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES CUNHA, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTELLICHECK, LLC, a California Limited Liability Company; CHICO PRODUCE, INC., d/b/a PROPACIFIC FRESH, INC., a California Corporation; and DOES 1through 100;<br><br>Defendants. | Case No. 17-CV-00597-JST<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CHICO PRODUCE, INC.'S MOTION TO DISMISS OR STRIKE CLAIMS TWO, FOUR, SIX, AND SEVEN FROM PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6) AND 12(f)**<br><br>Date: May 25, 2017<br>Time: 2:00 p.m.<br>Place: Courtroom 9<br><br>Action Filed: December 21, 2016<br>Summons Served: January 6, 2017<br>Removal Date: February 6, 2017<br>Trial Date: None set |

Pursuant to Federal Rule of Evidence 201, Plaintiff James Cunha ("Plaintiff") respectfully requests the Court take judicial notice of the document filed in support of Defendant Chico Produce, Inc., d/b/a ProPacific Fresh Inc.'s ("ProPacific" or "Defendant") Motion to Dismiss or Strike Claims Two, Four, Six and Seven From Plaintiff's First Amended Complaint (ECF 24).

This request for judicial notice is proper as judicial notice may be taken of "adjudicative facts" (e.g., court records, pleadings, orders, etc.) and other facts not subject to reasonable dispute and either "generally known" in the community or "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." FRE 201(b); (Cal. Prac. Guide Fed. Civ. Pro. Before Trial Ch. 14-E, ¶14:190). Similarly, state courts can take judicial notice of the files in its own court or any other court of record in the U.S. Cal. Evidence Code §452(d); (Cal. Prac. Guide Civ. Pro. Before Trial Ch. 10-C, ¶10:180).

This request for judicial notice is also proper as, pursuant to Federal Rule of Evidence 201(d), judicial notice may be taken at any stage of the proceeding, Fed. R. Evid. 201(d); *see also Lowry v. Barnhart*, 329 F.3d 1019, 1024 (9th Cir. 2003); and *Bryant v. Carleson*, 444 F.2d 353, 357-58 (9th Cir. 1971), and a court shall take judicial notice of such matter if requested by a party and supplied with the necessary information, and this request for judicial notice constitutes notice and an opportunity to address the request by the party affected. FRE 201(e); and *Mullis v. United States Bank, Ct.* 828 F.2d 1385, 1388, fn 9 (9th Cir. 1987).

This request for judicial notice is also proper as the Court may take judicial notice of any matter "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

For the reasons set forth herein, Plaintiff hereby request that the Court take judicial notice of the following documents attached as the following exhibits to the accompanying Declaration of James M. Treglio since they may be taken judicial notice of as they are records of another district court's own files and are relevant to issues presented in Plaintiff's accompanying Opposition to Defendant's Motion to Dismiss or Strike Claims Two, Four, Six and Seven From Plaintiff's First Amended Complaint (ECF 24):

Exhibit A: "First Amended Complaint and Demand for Jury Trial" filed in the case entitled *Sarmad Syed, et al. v. M-I LLC, et al*, Case No. 14-CV-00742-WBS-BAM, in the U.S. District Court, Eastern District of California (ECF 36, pp. 1-19); and

Exhibit B: "Order" filed in the case entitled *Gabriel Felix Moran v. The Screening Pros, LLC*, Case No. 12-57246, in the United States Court of Appeals for the Ninth Circuit.

Dated: March 30, 2017

KEEGAN & BAKER, LLP

s/ Patrick Keegan
Patrick N. Keegan, Esq.
Attorney for Plaintiff James Cunha

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 30, 2017, a true and correct copy of the **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CHICO PRODUCE, INC.'S MOTION TO DISMISS OR STRIKE CLAIMS TWO, FOUR, SIX, AND SEVEN FROM PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6) AND 12(f)** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's EM/ECF System.

s/ Patrick Keegan
Patrick N. Keegan, Esq.
pkeegan@keeganbaker.com