# Exhibit B

FILED

JAN 13 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GABRIEL FELIX MORAN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>THE SCREENING PROS, LLC, a California corporation,<br><br>Defendant - Appellee. | No. 12-57246<br><br>D.C. No. 2:12-cv-05808-SVW-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: PREGERSON, KLEINFELD, and NGUYEN, Circuit Judges.

Submission of this case is vacated and proceedings are stayed pending resolution of *Connor v. First Student Inc.*, 239 Cal. App. 4th 526 (2015) (review granted by the California Supreme Court on November 24, 2015).