UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CUNHA, an individual, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>INTELLICHECK, LLC, a California Limited Liability Company; PROPACIFIC FRESH, INC., a California Corporation, and DOES 1-100,<br><br>        Defendant. | Case No. 3:17-cv-00597-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐    **Early Neutral Evaluation** (ENE) (ADR L.R. 5)

☒    **Mediation** (ADR L.R. 6): The parties have stipulated to submit a list of five mutually agreed-upon proposed mediators selected from the Court's panel.

☐    **Private ADR** (*specify process and provider*)

*(Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.)*

The parties agree to hold the ADR session by:

☐    the presumptive deadline *(90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒    other requested deadline: 120 days from the date of the order referring the case to an ADR process.

| | |
|---|---|
| Date: April 18, 2017 | /s/ *Patrick N. Keegan*<br>Patrick N. Keegan<br>Keegan & Baker, LLP<br>Attorneys for Plaintiff JAMES CUNHA |
| Dated: April 18, 2017 | /s/ *Selyn Hong*<br>Pamela Q. Devata (Admitted *Pro Hac Vice*)<br>John W. Drury (Admitted *Pro Hac Vice*)<br>Selyn Hong<br>Seyfarth Shaw LLP<br>Attorneys for Defendant<br>INTELLICHECK, LLC |

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Selyn Hong, attest that concurrence in the filing of this stipulation has been obtained from the signatory, Patrick N. Keegan, counsel for Plaintiff.

Executed this 18th day of April, 2017, in San Francisco, California.

/s/ *Selyn Hong*
Selyn Hong

CONTINUE TO FOLLOWING PAGE

# [PROPOSED] ORDER

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: April 20, 2017

_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."