Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
James M. Treglio, Esq. (SBN 228077)
jtreglio@keeganbaker.com
KEEGAN & BAKER, LLP
6156 Innovation Way
Carlsbad, CA 92009
Tel: (760) 929-9303
Fax: (760) 929-9260

Attorney for Plaintiff JAMES CUNHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| JAMES CUNHA, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLICHECK, LLC, a California Limited Liability Company; PROPACIFIC FRESH, INC., a California Corporation, and DOES 1-100,<br><br>Defendants. | Case No. 1:17-cv-00597-JST<br><br>**STIPULATION TO DISMISS DEFENDANT INTELLICHECK, LLC FROM THE LAWSUIT**<br><br>*[Filed concurrently with (1) Declaration of Patrick N. Keegan; and (2) [Proposed] Order]*<br><br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: December 20, 2016<br>Second Amended Complaint Filed: June 30, 2017<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff James Cunha ("Cunha") and Defendant IntelliCheck, LLC ("IntelliCheck"), by and through their counsel, hereby stipulate as follows:

1. On June 30, 2017, Plaintiff filed his Second Amended Complaint (ECF No. 75) alleging claims against IntelliCheck in his First, Second and Fifth Claims for Relief.

2. Plaintiff's individual claims alleged against IntelliCheck in his Second Amended Complaint (ECF No. 75) are dismissed in their entirety and with prejudice.

3. The claims alleged on behalf of a putative class against IntelliCheck in the Second Amended Complaint (ECF No. 75) are dismissed without prejudice.

4. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: September 20, 2017           KEEGAN & BAKER LLP

    /s/ *Patrick N. Keegan*
Patrick N. Keegan
James M. Treglio
Attorney for Plaintiff
JAMES CUNHA

Date: September 20, 2017           SEYFARTH SHAW LLP

    /s/ *John W. Drury*
Pamela Q. Devata
John W. Drury
Selyn Hong
Attorney for Defendant
INTELLICHECK, LLC

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Patrick N. Keegan, attest that concurrence in the filing of this Stipulation has been obtained from the signatory, John W. Drury, counsel for Defendant IntelliCheck, LLC.

Executed this 20th day of September, 2017 in San Francisco, California.

By:    /s/ *Patrick N. Keegan*
            Patrick N. Keegan

# [PROPOSED] ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED

1. Plaintiff's individual claims alleged against IntelliCheck in his Second Amended Complaint (ECF No. 75) are dismissed in their entirety with prejudice.

2. The claims alleged on behalf of a putative class against IntelliCheck in the Second Amended Complaint (ECF No. 75) in the First, Second and Fifth Claims for Relief are dismissed without prejudice.

3. Each party shall bear its own attorneys' fees and costs.

DATED: September 20, 2017

_____
Hon. Jon S. Tigar
United States District Court Judge