UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CUNHA,<br>　　　　　Plaintiff,<br>　　v.<br>CHICO PRODUCE, INC.,<br>　　　　　Defendant. | Case No. 17-cv-00597-JST<br><br>**ORDER GRANTING REQUEST TO FILE SUR-REPLY**<br>Re: ECF No. 131 |

In his evidentiary objections to Defendant's reply, Plaintiff asks the Court to disregard portions of Defendant's reply brief or, alternatively, for leave to file a sur-reply. ECF No. 131 at 2-3. Plaintiff's alternative request is granted. Plaintiff may file a sur-reply of no more than five pages by April 30, 2018, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: April 26, 2018

JON S. TIGAR
United States District Judge