# UNITED STATES DISTRICT COURT

# NORTHER DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES CUNHA, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELLICHECK, LLC, a California Limited Liability Company; CHICO PRODUCE, INC., d/b/a PROPACIFIC FRESH, INC., a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 17-CV-00597-JST<br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER APPROVING SUBSTITUTION OF ATTORNEY**<br>[N.D. Local Civ. Rules 5-1 (c)(2)(e) and 11-5]<br>Judge: Hon. Jon S. Tigar<br>Place: Courtroom 9<br><br>Complaint Filed: December 20, 2016<br>SAC Filed: June 26, 2017<br><br><br><br>Trial Date: None Set |

1

Plaintiff's request to substitute David H. Yeremian, California State Bar No. 226337, as counsel of record in place of Patrick N. Keegan of Keegan & Baker LLP (California State Bar No. 167698), and Walter L. Haines of United Employees Law Group (California State Bar No. 71075) is hereby approved and so ORDERED.

Dated: September 11, 2018

_____
Hon. Jon S. Tigar
United States District Court Judge