UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CUNHA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHICO PRODUCE, INC.,<br><br>        Defendant. | Case No. 17-cv-00597-JST<br><br>**ORDER CONTINUING HEARING**<br><br>Re: ECF Nos. 112, 149 |

On September 5, 2018, the Court denied Defendant's motion for sanctions and to disqualify Plaintiff's counsel. ECF No. 147. The Court set a hearing on Plaintiff's previously filed motion for class certification, ECF No. 112, for November 15, 2018. ECF No. 147 at 10. The motion was already fully briefed.

On October 16, 2018, Plaintiff filed an amended motion for class certification. ECF No. 149. Plaintiff noticed the amended motion for a hearing on November 15, 2018, in violation of Civil Local Rule 7-2(a). The Court's prior order did not grant Plaintiff leave to file an amended motion or modify the requirements of Local Rule 7-2(a).

The Court hereby TERMINATES as moot Plaintiffs' original motion for class certification. ECF No. 112. The Court CONTINUES the hearing on the amended motion, ECF No. 149, to December 13, 2018 at 2:00 p.m. The parties' existing briefing schedule for the motion remains in effect.

**IT IS SO ORDERED.**

Dated: October 29, 2018



                      JON S. TIGAR
United States District Judge