1  DAVID YEREMIAN & ASSOCIATES, INC.
   David Yeremian, CA Bar No. 226337
2  david@yeremianlaw.com
   535 N. Brand Blvd., Suite 705
3  Glendale, CA 91203
   Telephone: 818.230.8380
4  Facsimile:  818.230.0308

5  Attorneys for Plaintiff
   JAMES CUNHA, and others similarly situated
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES CUNHA, an individual, on behalf of       Case No.: 17-CV-00597-JST
   himself and all others similarly situated,
                                                  [~~PROPOSED~~] ORDER VACATING
12                Plaintiff,                      CURRENT DEADLINES AND SETTING
                                                  DEADLINE FOR MOTION FOR CLASS
13         vs.                                    CERTIFICATION

14 INTELLICHECK, LLC, a California Limited        Complaint Filed:  December 20, 2016
   Liability Company; CHICO PRODUCE, INC.,        Sac Filed:        June 26, 2017
15 d/b/a PROPACIFIC FRESH, INC., a                Trial Date:       None
   California Corporation; and DOES 1 through     District Judge:   Hon. Jon S. Tigar
16 100, inclusive,                                                  Courtroom 9, San Francisco

17                Defendants.

18

19

20

21

22

23

24

25

26

27

28

**PURSUANT TO THE NOTICE OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:**

All previously ordered dates in this action are vacated. Plaintiff is to file his motion for preliminary approval on or before January 31, 2019.

**IT IS SO ORDERED.**

Dated: November 26, 2018

_____
The Hon. Jon S. Tigar
United States District Court
Northern District of California