UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CUNHA,<br><br>         Plaintiff,<br><br>    v.<br><br>CHICO PRODUCE, INC.,<br><br>         Defendant. | Case No. 17-cv-00597-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 153 |

Before the Court is Plaintiff James Cunha's unopposed motion for preliminary settlement approval. ECF No. 153. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 7, 2019, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: February 25, 2019



JON S. TIGAR
United States District Judge